```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -     X
                                   :
UNITED STATES OF AMERICA           :    ORDER
                                   :
         - v. -                    :    20 Cr. 587
                                   :    01 Cr. 1001-05
VICTOR MANUEL FIGUEROA             :
MOLINEROS,                         :
                                   :
a/k/a "Victor Manuel Figueroa,"    :
a/k/a "Victor Capi,"               :
a/k/a "Victor Figueroa,"           :
a/k/a "Victor M. Figueroa,"        :
a/k/a "Capi Figuero Molineros,"    :
a/k/a "Primo Figueroa-Molineros"   :
a/k/a "Tio Figueroa-Molineros"     :
a/k/a "Victor Primo"               :
                                   :
         Defendant.                :
                                   :
- - - - - - - - - - - - - - -     :
```

WHEREAS, the Court has referred to the Magistrate Judge on duty the change-of-plea proceeding for defendant VICTOR MANUEL FIGUEROA MOLINEROS;

WHEREAS the defendant has requested that his guilty plea be taken remotely by video conference or by telephone conference, if video conference is not reasonably available;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

WHEREAS the Coronavirus Aid, Relief, and Economic Securities Act, findings made by the Judicial Conference of the United States, and the December 25, 2020 Third Amended Standing Order of Chief Judge Colleen McMahon of the Southern District of New York allow

for guilty pleas to be taken by video teleconference, or telephone conference if video teleconferencing is not reasonably available, subject to certain findings made by the District Judge;

WHEREAS the Court understands that the Magistrate Judge on duty shall hear the defendant's plea by telephone if videoconference is not reasonably available;

THE COURT HEREBY FINDS that because defendant VICTOR MANUEL FIGUEROA MOLINEROS has consented to proceeding remotely and for the reason set forth by defense counsel in the parties' letter of January 11, 2021, the plea proceeding cannot be further delayed without serious harm to the interests of justice and may proceed remotely by telephone conference.

SO ORDERED.

Dated: New York, New York
       January 12, 2021

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK